**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1.2**
**Eastern Division**

Diana L Prize
                              Plaintiff,

v.                                     Case No.: 1:14–cv–08338
                                          Honorable Joan B. Gottschall

United Parcel Services, Inc.
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, April 24, 2017:

      MINUTE entry before the Honorable Joan B. Gottschall: Pursuant to the parties' stipulation [97], this case is dismissed with prejudice. The parties shall bear their own costs and fees. The status hearing set for 5/12/17 is stricken. Civil case terminated. Mailed notice(mjc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.